Case3:13-cv-04381-EMC   Document28   Filed12/05/13   Page1 of 4

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER S. HECKER (Bar No. 66159)
phecker@sheppardmullin.com
DAVID E. SNYDER (Bar No. 262001)
dsnyder@sheppardmullin.com
Four Embarcadero Center
Seventeenth Floor
San Francisco, California  94111-4109
Telephone:  (415) 774-3155
Facsimile:  (415) 403-6224

FRANK G. BURT (*pro hac vice*)
fgb@jordenusa.com
W. GLENN MERTEN (*pro hac vice*)
wgm@jordenusa.com
BRIAN P. PERRYMAN (*pro hac vice*)
bpp@jordenusa.com
RICHARD D. EULISS (*pro hac vice*)
rde@jordenusa.com
JORDEN BURT LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-0805
Telephone: (202) 965-8100
Facsimile: (202) 965-8104

Attorneys for Defendant
ASSURANT, INC. and AMERICAN SECURITY INSURANCE CO.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK URSOMANO, GIOVANNI CANONICO and URSULA CANONICO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,<br><br>      Defendants. | Case No. 3:13-cv-04381-EMC<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY BRIEFING SCHEDULE; DECLARATION OF PETER S. HECKER IN SUPPORT OF SAME** |

SMRH:414227320.1

3:13-cv-04381-EMC
STIPULATION AND PROPOSED ORDER TO MODIFY
BRIEFING SCHEDULE; DECLARATION IN SUPPORT

**STIPULATION TO MODIFY BRIEFING SCHEDULE**

Pursuant to Civil L.R. 7-12, 6-1(b) and 6-2, it is hereby stipulated by and between the parties, through their respective attorneys, that:

WHEREAS, defendants Assurant, Inc. and American Security Insurance Co. (collectively "ASIC") on December 2, 2013 filed a motion to dismiss the First Amended Complaint (the "motion") of plaintiffs Patrick Ursomano, Giovanni Canonico and Ursula Canonico (collectively "plaintiffs");

WHEREAS, the hearing date on the motion was set for January 23, 2014;

WHEREAS, on December 4, 2013, the Court issued a text order [Dkt. No. 26] resetting the hearing date on the motion from January 23, 2014 to February 6, 2014.

WHEREAS, under the Local Rules, plaintiffs' opposition to the motion is currently due on December 16, 2013, and ASIC's reply is due December 23, 2013;

WHEREAS, to accommodate the upcoming holidays and to permit sufficient time to adequately brief the matter, ASIC proposed a modified briefing schedule such that plaintiffs' opposition papers would be due December 20, 2013 and ASIC's reply papers would be due January 9, 2014;

WHEREAS, plaintiffs agreed to the proposed briefing schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval:

- Plaintiffs shall file and serve their opposition to the motion on or before December 20, 2013;
- ASIC shall file and serve its reply papers on or before January 9, 2014;
- The hearing on the motion shall be on February 6, 2014 at 1:30 p.m.;

**Filer's Attestation**: Pursuant to L.R. 5-1(i)(3), Peter S. Hecker hereby attests that concurrence by all signatories in the filing of this document has been obtained.

Dated: December 4, 2013        /s/ Peter S. Hecker
Peter S. Hecker
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Attorneys for Defendants Assurant Inc. and American Security Insurance Co.

Dated: December 4, 2013        /s/ Peter A. Muhic
Peter A. Muhic
KESSLER TOPAZ MELTZER & CHECK LLP
Attorneys for Plaintiffs Patrick Ursomano, Giovanni Canonico and Ursula Canonico

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 5, 2013



_____
The Edward M. Chen
United States District Judge

GRANTED
Judge Edward M. Chen

**DECLARATION OF PETER S. HECKER**

I, Peter S. Hecker, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner with the law firm of Sheppard Mullin Richter & Hampton, LLP, counsel for defendants Assurant, Inc. and American Security Insurance Co. in this case (collectively "ASIC"). I have personal knowledge of the facts set forth below.

2. As set forth in the above stipulation, plaintiffs Patrick Ursomano, Giovanni Canonico and Ursula Canonico (collectively "plaintiffs") have stipulated that plaintiffs shall file and serve their opposition to ASIC's motion to dismiss (the "motion") on or before December 20, 2013; ASIC shall file and serve its reply papers on or before January 9, 2013; and the hearing on the motion shall be on February 6, 2014.

3. The reason for the requested extension is to accommodate the upcoming holidays and the schedules of counsel, and to permit sufficient time to adequately brief the matter.

4. The parties have not previously stipulated to any calendar modifications.

5. Due to the minimal nature of the stipulated extensions, and because the Court-ordered hearing date on the motion will remain unchanged, I believe that the requested extensions will not have any significant impact on the schedule for the case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this fourth day of December 2013 at San Francisco, California.

                                                  */s/  Peter S. Hecker*
                                                  PETER S. HECKER