**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
Peter A. Muhic (*Pro Hac Vice*)
Edward W. Ciolko
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

- and –

Eli R. Greenstein (SBN 217945)
One Sansome Street
Suite 1850
San Francisco, CA  94104
Telephone:  (415) 400-3000
Facsimile:  (415) 400-3001

*Counsel for Plaintiffs and the Proposed Classes*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK URSOMANO, GIOVANNI CANONICO and URSULA CANONICO , individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendants. | Case No.13-cv-04381-EMC<br><br>**JOINT STIPULATION AND [P~~ROPOS~~ED] ORDER TO WITHDRAWAL COUNT I OF PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**Action Filed:  September 20, 2013**<br>**Judge:  Hon. Edward M. Chen** |

Pursuant to Northern District of California Civil L.R. 6.1 and 6.2, Plaintiffs, Patrick Ursomano, Giovanni Canonico and Ursula Canonico (collectively "Plaintiffs") and Defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc. (collectively, "Defendants") (together, the "Parties") respectfully submit the following Joint Stipulation to the Voluntary Dismissal, with prejudice, of Count One of the First Amended Class Action Complaint (ECF No. 4) in the above-captioned action, which alleges violation of the Anti-Tying Provisions of the Bank Holding Act, 12 U.S.C. §1972, *et seq*. against Wells Fargo Bank, N.A.

- 1 -

Case No. 13-cv-04381-EMC
JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAWAL COUNT I OF PLAINTIFFS
FIRST AMENDED COMPLAINT

1    WHEREAS, Plaintiffs Patrick Ursomano, Giovanni Canonico and Ursula Canonico filed the
2    First Amended Class Action Complaint (the "FACC") against Defendants on October 4, 2013.  *See*
3    ECF No. 4.  The FACC alleges claims for violation of the Anti-Tying Provisions of the Bank
4    Holding Act, 12 U.S.C. §1972, *et seq*, (Count One) against Wells Fargo Bank, N.A., and violation of
5    the California Business & Professions Code § 17200, *et seq*., (Count Two) against all Defendants.
6    WHEREAS, Defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc. filed a
7    Motion to Dismiss on January 15, 2014.  *See* ECF No. 38.
8    WHEREAS, the Parties have agreed to the voluntary dismissal of Count One (Violation of
9    the Anti-Tying Provisions of the Bank Holding Act, 12 U.S.C. §1972, *et seq*.), only, with prejudice,
10   thereby obviating the need for the Court to rule upon or address any issues surrounding Count One
11   of the FACC in connection with the Motion to Dismiss.

12   **IT IS HEREBY STIPULATED AS FOLLOWS:**

13   1.    Count One of the First Amended Class Action Complaint (ECF No. 4) in the
14   above-captioned action, which alleges a violation of the Anti-Tying Provisions of the Bank Holding
15   Act, 12 U.S.C. §1972, *et seq*., against Wells Fargo Bank, N.A. is voluntarily dismissed with
16   prejudice.

17   2.    Each party shall bear his, her or its own costs and expenses, including
18   attorneys' fees, and waives any rights of appeal that may exist as to the dismissal of the claim under
19   the Anti-Tying Provisions of the Bank Holding Act.

20
21   **IT IS SO STIPULATED.**
22
23
24
25
26
27
28

Case No. 13-cv-04381-EMC
JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAWAL COUNT I OF PLAINTIFFS
FIRST AMENDED COMPLAINT

1

2

3

4   Dated:  January 29, 2014

5

6

7

8

9

10

11

12

13

14

15

16

17   Dated:  January 29, 2014

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

KESSLER TOPAZ
 MELTZER & CHECK, LLP

*/s/ Peter A. Muhic*
Peter A. Muhic *(Pro Hac Vice)*
Edward W. Ciolko
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email:  pmuhic@ktmc.com
Email:  eciolko@ktmc.com

*- and -*

Eli R. Greenstein
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone:  (415) 400-3000
Facsimile:  (415) 400-3001
Email:  egreenstein@ktmc.com

**Attorneys for Plaintiffs and the Proposed Classes**

**SEVERSON & WERSON, P.C.**

*/s/ Philip Barilovits(with consent)*
Philip Barilovits (Bar No. 199944)
pb@severson.com
Michael J. Steiner (Bar No. 112079)
mjs@severson.com
Mark D. Lonergan (Bar No. 143622)
mdl@severson.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

**Attorneys for Defendant Wells Fargo Bank, N.A.
and Wells Fargo Insurance, Inc.**

Case No. 13-cv-04381-EMC
JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAWAL COUNT I OF PLAINTIFFS
FIRST AMENDED COMPLAINT

1

**FILER'S ATTESTATION**

2        Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing

3  of the document has been obtained from all of the signatories.

4

5  DATED:  January 29, 2014                    **KESSLER TOPAZ**
                                              **MELTZER & CHECK, LLP**
6

7                                              By: */s/ Peter A. Muhic*
                                                  Peter A. Muhic
8

9  **PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

10

11

12  Dated:_____1/30/14_____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that on January 29, 2014, I electronically filed the foregoing with the Clerk

3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses of all counsel of record.

5

6                                              */s/ Peter A. Muhic*_____
                                              Peter A. Muhic
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28