SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER S. HECKER (Bar No. 66159)
phecker@sheppardmullin.com
DAVID E. SNYDER (Bar No. 262001)
dsnyder@sheppardmullin.com
Four Embarcadero Center
Seventeenth Floor
San Francisco, California  94111-4109
Telephone:  (415) 774-3155
Facsimile:  (415) 403-6224

FRANK G. BURT (*pro hac vice*)
fburt@cfjblaw.com
W. GLENN MERTEN (*pro hac vice*)
gmerten@cfjblaw.com
BRIAN P. PERRYMAN (*pro hac vice*)
bperryman@cfjblaw.com
RICHARD D. EULISS (*pro hac vice*)
reuliss@cfjblaw.com
CARLTON FIELDS JORDEN BURT, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-0805
Telephone: (202) 965-8100
Facsimile: (202) 965-8104

Attorneys for Defendant
ASSURANT, INC. and AMERICAN SECURITY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK URSOMANO, GIOVANNI CANONICO and URSULA CANONICO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A.; WELLS FARGO INSURANCE, INC.; ASSURANT, INC.; and AMERICAN SECURITY INSURANCE COMPANY, <br><br> Defendants. | Case No. 3:13-cv-04381-EMC <br><br><br> **STIPULATION AND P**~~ROPO~~**SED ORDER ESTABLISHING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY; DECLARATION OF PETER S. HECKER IN SUPPORT OF SAME** |

SMRH:417443012.1

## STIPULATION TO MODIFY BRIEFING SCHEDULE

Pursuant to Civil L.R. 7-12, 6-1(b) and 6-2, it is hereby stipulated by and between the parties, through their respective attorneys, that:

WHEREAS, defendants on February 7, 2014 filed a motion to stay these proceedings, along with a motion to shorten time on the motion to stay;

WHEREAS, the Court indicated it plans to consider the motion to stay on an expedited basis;

WHEREAS, the parties have agreed that, subject to the Court's approval, the briefing shall proceed on an expedited basis;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval:

- Plaintiffs shall file and serve their opposition to defendants' stay motion on or before February 12, 2014;
- Defendants shall file and serve their reply papers on or before February 14, 2014;
- The motion shall be considered at the earliest convenient date by the Court.

**Filer's Attestation**: Pursuant to L.R. 5-1(i)(3), Peter S. Hecker hereby attests that concurrence by all signatories in the filing of this document has been obtained.

////

////

////

////

////

-1-

Dated: February 11, 2014         **/s/ Peter S. Hecker**
                                 Peter S. Hecker
                                 SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                 Attorneys for Assurant, Inc. and American Security
                                 Insurance Company

Dated: February 11, 2014         **/s/ Peter A. Muhic**
                                 Peter A. Muhic
                                 KESSLER TOPAZ MELTZER & CHECK LLP
                                 Attorneys for Plaintiffs Patrick Ursomano, Giovanni
                                 Canonico and Ursula Canonico

Dated: February 11, 2014         **/s/ Philip Barilovits**
                                 Philip Barilovits
                                 SEVERSON & WERSON
                                 Attorneys for Wells Fargo Bank, N.A. and Wells
                                 Fargo Insurance, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 12, 2014

The Honorable Edward M. Chen
United S[tates District Judge]

IT IS SO ORDERED
Judge Edward M. Chen

-2-

## DECLARATION OF PETER S. HECKER

I, Peter S. Hecker, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner with the law firm of Sheppard Mullin Richter & Hampton, LLP, counsel for defendants Assurant, Inc. and American Security Insurance Company in this case (collectively "ASIC"). I have personal knowledge of the facts set forth below.

2. As set forth in the above stipulation, plaintiffs Patrick Ursomano, Giovanni Canonico and Ursula Canonico (collectively "plaintiffs") have stipulated that plaintiffs shall file and serve their opposition to defendants' motion to stay (the "motion") on or before February 12, 2014; defendants shall file and serve their reply papers on or before February 14, 2014; and consideration of the motion shall be at the earliest convenience of the Court.

3. Previous time modifications in this case include:

- On December 4, 2013, the Court continued a Case Management Conference and the hearing on the ASIC's motion to dismiss. (ECF No. 26)
- On December 5, 2013, the parties stipulated to extend Plaintiffs' time to respond to ASIC's motion to dismiss and ASIC's time to reply. (ECF No. 28)
- On December 12, 2013, the parties stipulated to extend Wells Fargo's time to respond to the First Amended Class Action Complaint. (ECF No. 29)
- On January 23, 2014, the Court continued a Case Management Conference and the hearing on Defendants' motions to dismiss. (ECF No. 40)

4. Due to the minimal nature of the stipulated shortening of time, I believe that the requested extensions for consideration of the stay motion will not have any significant impact on the schedule for the case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of February 2014 at San Francisco, California.

| | |
|---|---|
| | */s/  Peter S. Hecker* |
| | PETER S. HECKER |

-4-

SMRH:414227320.1     3:13-cv-04381-EMC
STIPULATION AND PROPOSED ORDER ESTABLISHING BRIEFING SCHEDULE;
DECLARATION IN SUPPORT