1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
3  PHILIP BARILOVITS (State Bar No. 199944)
   pb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendants
8  WELLS FARGO BANK, N.A., and
   WELLS FARGO INSURANCE, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 PATRICK URSOMANO, et al., etc.           Case No. 3:13-cv-04381-EMC

15           Plaintiffs,
                                            **NOTICE OF FILING IN *FLADELL V.*
16                                          ***WELLS FARGO BANK, N.A.***

17

18      vs.

19 WELLS FARGO BANK, N.A., et al.

20           Defendants

21

22

---

07725.0151/3101498.2                                      3:13-cv-04381-EMC

NOTICE BY WELLS FARGO BANK, N.A. AND WELLS FARGO INSURANCE, INC.

1 **NOTICE OF FILING IN *FLADELL V. WELLS FARGO BANK, N.A.***

2   On February 19, this Court stayed this case pending settlement proceedings in *Fladell v.*

3 *Wells Fargo Bank, N.A.*, S.D. Fla. Case No. 13-cv-60721. Dkt. 50.  The Court asked that "once

4 the Motion for Preliminary Approval of the Settlement Agreement in the *Fladell* action has been

5 filed, Defendants shall file those papers with this Court, including the settlement agreement." *Id.*

6 at 4.  The motion for preliminary approval was filed in *Fladell* yesterday (along with the proposed

7 settlement agreement).  In accordance with the Court's order, these papers are attached.

8   Respectfully submitted.

10 DATED:  March 6, 2014            SEVERSON & WERSON
                                    A Professional Corporation

13                                  By:      */s/ Philip Barilovits*
                                                Philip Barilovits

15                                  Attorneys for Defendants
                                    WELLS FARGO BANK, N.A., and
16                                  WELLS FARGO INSURANCE, INC.

07725.0151/3101498.2            1              3:13-cv-04381-EMC
NOTICE BY WELLS FARGO BANK, N.A. AND WELLS FARGO INSURANCE, INC.