**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
Peter A. Muhic (*Pro Hac Vice*)
Edward W. Ciolko
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

- and –

Eli R. Greenstein (SBN 217945)
One Sansome Street
Suite 1850
San Francisco, CA  94104
Telephone:  (415) 400-3000
Facsimile:  (415) 400-3001

*Counsel for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK URSOMANO, GIOVANNI CANONICO and URSULA CANONICO , individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,<br><br>    Defendants. | Case No.13-cv-04381-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINE FOR JOINT STATUS CONFERENCE STATEMENT**<br><br>**Action Filed:  September 20, 2013**<br>**Judge:  Hon. Edward M. Chen** |

Pursuant to Local Rule 6-1(b), 6-2, and 7-12, the parties respectfully request that the Court reset the deadline for the Joint Status Conference Statement:

WHEREAS, on February 19, 2014, the Court set a status conference for March 20, 2014 at 10:30 a.m. with the Joint Status Conference Statement due a week before on March 13, 2014. (ECF Doc. No. 50) to address the appropriateness of continuing the stay in light of the specifics of the settlement proposed in *Fladell v. Wells Fargo Bank, N.A.,* No. 13-cv-60721 (S.D. Fla.).

1    WHEREAS, the Southern District of Florida held a hearing on the *Fladell* plaintiffs'

2    Motion for Preliminary Approval of Class Action Settlement on March 13, 2014.

3    WHEREAS, because Plaintiffs' counsel attended the preliminary approval hearing in

4    *Fladell* on March 13, 2014, Plaintiffs requested that Defendants stipulate to extending the

5    deadline for filing the Joint Status Conference Statement to March 14, 2014.

6    WHEREAS, the parties have agreed to stipulate to reset the deadline to submit the Joint

7    Status Conference Statement to March 14, 2014.

8    WHEREAS, the deadlines in this action have been previously modified pursuant to

9    stipulation or Court order on:  December 4, 2013 (modifying briefing on Assurant, Inc. and

10   American Security Insurance Company's motions to dismiss, ECF Doc. No. 28); December 12,

11   2013 (extending Wells Fargo Bank, N.A. and Wells Fargo Insurance Company, Inc.'s time to

12   respond to Plaintiffs' Complaint, ECF Doc. No. 29); and February 12, 2014 (establishing a

13   briefing schedule on Defendants' motion to stay, ECF Doc. No. 47).

14   WHEREAS , this Stipulation shall have no effect on the schedule for this case.

15   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to

16   the Court's approval:

17   • The Parties shall file their Joint Status Conference Statement on March 14, 2014.

18

19   **FILER'S ATTESTATION**

20   Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the

21   filing of the document has been obtained from all of the signatories.

22

23   **KESSLER TOPAZ**
     **MELTZER & CHECK, LLP**

24   Dated:  March 13, 2014            */s/ Peter A. Muhic*
                                       Peter A. Muhic *(Pro Hac Vice)*
25                                     Edward W. Ciolko
                                       280 King of Prussia Road
26                                     Radnor, PA  19087
                                       Telephone: (610) 667-7706
27

28
                                       - 2 -

1

Facsimile: (610) 667-7056
Email: pmuhic@ktmc.com
Email: eciolko@ktmc.com

2

3

*- and -*

4

Eli R. Greenstein
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
Email: egreenstein@ktmc.com

5

6

7

8

*Attorneys for Plaintiffs and the Proposed Classes*

9

10

**SEVERSON & WERSON, P.C.**

11

Dated: March 13, 2014

*/s/ Philip Barilovits (with consent)*
Philip Barilovits (Bar No. 199944)
pb@severson.com
Michael J. Steiner (Bar No. 112079)
mjs@severson.com
Mark D. Lonergan (Bar No. 143622)
mdl@severson.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

12

13

14

15

16

17

*Attorneys for Defendants Wells Fargo Bank, N.A.*
*and Wells Fargo Insurance, Inc.*

18

19

20

**SHEPPARD MULLIN**
**RICHTER & HAMPTON, LLP**

21

22

Dated: March 13, 2014

*/s/ Peter S. Hecker (with consent)*
Peter S. Hecker (Bar No. 66159)
phecker@sheppardmullin.com
David E. Snyder (Bar No. 262001)
dsnyder@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 774-3155
Facsimile: (415) 403-6224

23

24

25

26

27

28

Case No. 13-cv-04381-EMC
JOINT STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINE FOR JOINT STATUS
CONFERENCE STATEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Defendant s American Security Insurance Company and Assurant, Inc.*

*-and -*

**CARLTON FIELDS JORDEN BURT, P.A.**

Frank G. Burt
fburt@cfjblaw.com
W. Glenn Merten
gmerten@cfjblaw.com
Richard D. Euliss
reuliss@cfjblaw.com
Brian P. Perryman
bperryman@cfjblaw.com
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, D.C.  20007-0805
Telephone: (202) 965-8100
Facsimile: (202) 965-8104

*Attorneys for Defendants American Security Insurance Company and Assurant, Inc.*

Case No. 13-cv-04381-EMC
JOINT STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINE FOR JOINT STATUS
CONFERENCE STATEMENT

1

2

3     **PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

4

5

6     Dated: _____3/17/14_____



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 13-cv-04381-EMC
JOINT STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINE FOR JOINT STATUS
CONFERENCE STATEMENT

1

## <u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on March 13, 2014, I electronically filed the foregoing with the Clerk

3   of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses of all counsel of record.

5

6                                              */s/ Peter A. Muhic*
                                                Peter A. Muhic

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28